UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: LAWRENCE R. ERLICH and § Case No. 09-37302
HARLENE R. ERLICH § Hon. EUGENE R. WEDOFF
§ Chapter 7
§
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, 7th Floor, Chicago, IL

Any person wishing to object to any Fee Application that has not already been approved or to the Final Report, must file a written objection, serve a copy of the objection upon the trustee, any party whose Application is being challenged and the United States Trustee. A hearing on fee applications and any objection to the Final Report will be held at 10:00a.m. on August 10, 2010 in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: Clerk US Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street, Suite 910, Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN   DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  LAWRENCE R. ERLICH and       § Case No. 09-37302
        HARLENE R. ERLICH            §           Hon. EUGENE R. WEDOFF
                                     §           Chapter 7
                                     §
        Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $45,202.08 |
| *and approved disbursements of* | $4,300.00 |
| *leaving a balance on hand of* [1] | $40,902.08 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---:|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| *Trustee*  ALLAN J. DeMARS | $5,270.21 | $30.44 |
| *Attorney for trustee*  ALLAN J. DeMARS | $3,828.00 | |
| *Appraiser* | | |
| *Auctioneer* | | |
| *Accountant*  LOIS WEST/POPOWCER KATTEN LTD. | $946.00 | |
| *Special Attorney for trustee* | | |
| *Charges,* U.S. Bankruptcy Court | | |
| *Fees,* United States Trustee | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | | |
| *Attorney for* | | |
| *Accountant for* | | |
| *Appraiser for* | | |
| Other | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____$133,221.22_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ___23___ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | PYOD LLC as assignee of Citibank | $12,602.03 | $2,916.16 |
| 2 | American Express Centurion Bank | $44,346.97 | $10,261.90 |
| 3 | American Express Centurion Bank | $22,820.65 | $5,280.70 |
| 4 | American Express Bank FSB | $1,295.91 | $299.88 |
| 5 | American Express Bank FSB | $15,966.01 | $3,694.54 |
| 6 | Discover Bank | $11,591.65 | $2,682.31 |
| 7 | FIA Card Services successor to Bank of America and MBNA | $24,597.80 | $5,691.94 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street, Suite 910
Chicago, IL 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez              Page 1 of 1                  Date Rcvd: Jul 08, 2010
Case: 09-37302                Form ID: pdf006              Total Noticed: 26

The following entities were noticed by first class mail on Jul 10, 2010.
db/jdb         +Lawrence R Erlich,    Harlene R Erlich,    1100 N. Lakeshore Drive,    #14B,
                 Chicago, IL 60611-1082
aty            +Donna B Wallace,    Joseph A Baldi & Associates, PC,     19 S Lasalle Street Suite 1500,
                 Chicago, IL 60603-1413
tr             +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
14545385       +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14545386        American Express,    PO Box 981535,    El Paso, TX 79998-1535
14806745        American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14803016        American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14545388       +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
14545389        Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
14545390       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14545391        Citi,    P.O. Box 6000,    The Lakes, NV 89163-6000
14545392        Citi Mortgage Inc,    Attention: Bankruptcy Department,     Po Box 79022, Ms322,
                 St. Louis, MO 63179
14545393       +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
14624143       +Citibank,    One East Oak Street,    Chicago, IL 60611-1273
14545394       +Citibank Na,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
14545397       +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,     1850 East Paris,
                 Grand Rapids, MI 49546-6210
14545398       +Fifth Third Platinum,    38 Fountain Square Plaza,    MD1MOC2G-4050,    Cincinnati, OH 45263-0001
14802753       +PYOD LLC its successors and assigns as assignee of,     Citibank,    c/o Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
14545399        Saks Fifth Avenue,    P.O. Box 10298,    Jackson, MS 39289-0298
14545400       +Toyota Motor Credit Co,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
14624144       +UnvVcti,    Citibank,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
14545401       +Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
The following entities were noticed by electronic transmission on Jul 08, 2010.
14957725        E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2010 02:01:37      DISCOVER BANK,
                 DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
14545395        E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2010 02:01:37      Discover Card,
                 P.O. Box 30943,    Salt Lake City, UT 84130
14545396       +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2010 02:01:37      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
15050248        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2010 02:00:56
                 FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                 Oklahoma City, OK   73124-8809
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14545387*       American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
14806746*       American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14803017*       American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
                                                                                              TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 10, 2010**                            **Signature:** *Joseph Speetjens*