UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF ILLINOIS
EASTERN DIVISION<

In re: LAWRENCE R. ERLICH and § Case No. 09-37302
HARLENE R. ERLICH § Hon. EUGENE R. WEDOFF
§ Chapter
§
§

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $720,000.00 | Assets Exempt: | $40,600.00 |
| Total Distributions to Claimants: | $30,827.43 | Claims Discharged Without Payment: | $842,240.59 |
| Total Expenses of Administration: | $14,374.65 | | |

3) Total gross receipts of $45,202.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $4,300.00 (see **Exhibit 2**), yielded net receipts of $40,902.08 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from Exhibit 3) | $681,474.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | $0.00 | $14,374.65 | $14,374.65 | $14,374.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | $188,819.00 | $133,221.22 | $133,221.22 | $30,827.43 |
| TOTAL DISBURSEMENTS | $870,293.00 | $147,595.87 | $147,595.87 | $45,202.08 |

4) This case was originally filed under chapter 7 on 10/07/2009.

The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as Exhibit 8. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as Exhibit 9.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/20/2010                     By: /s/ ALLAN J. DeMARS
                                              Trustee

STATEMENT : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| right, title and interest in non-exempt assets | 1129-000 | $3,200.00 |
| proceeds of auction sale of artwork | 1129-000 | $42,000.00 |
| interest on invested funds | 1270-000 | $2.08 |
| **TOTAL GROSS RECEIPTS** | | **$45,202.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 2 mtges on residence | | $681,474.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$681,474.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Leslie Hindman Auctioneers | 3610-000 | N/A | $4,200.00 | $4,200.00 | $4,200.00 |
| Illinois Dept of Rev | 2820-000 | N/A | $100.00 | $100.00 | $100.00 |
| Allan J. DeMars | 2100-000 | N/A | $5,270.21 | $5,270.21 | $5,270.21 |
| Allan J. DeMars | 2200-000 | N/A | $30.44 | $30.44 | $30.44 |
| Allan J. DeMars | 3110-000 | N/A | $3,828.00 | $3,828.00 | $3,828.00 |
| Lois West/Popowcer Katten | 3410-000 | N/A | $946.00 | $946.00 | $946.00 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $14,374.65 | $14,374.65 | $14,374.65 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 7 creditors where claims were filed | 7100-900 | $130,446.00 | $133,221.22 | $133,221.22 | $30,827.43 |
| 6 creditors where no claim filed | | $58,373.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

| | | | | |
|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | $188,819.00 | $133,221.22 | $133,221.22 | $30,827.43 |

UST Form 101-7-TDR (9/1/2009)

# EXHIBIT 8 - FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No.: 09-37302

Case Name: LAWRENCE R. and HARLENE R. ERLICH

For Period Ending: 12/31/10

Trustee Name: Allan J. DeMars

Date Filed (f) or Converted (c): 10/7/09 (f)

$341(a) Meeting Date: 11/12/09

Claims Bar Date: 2/12/10

| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=$ 554(a) abandon DA=$ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1 | 2 | 3 | 4 | 5 | 6 |
| 1 | condo at 1100 N. Lake Shore Drive, Chicago | 750,000.00 | 0.00 | DA | | FA |
| 2 | cash | 250.00 | 0.00 | DA | | FA |
| 3 | checking account-Chase | 1,397.00 | 0.00 | DA | | FA |
| 4 | checking acct-Citibank | 100.00 | 100.00 | | 100.00 | FA |
| 5 | checking account-BoA | 451.00 | 0.00 | DA | | FA |
| 6 | checking account | 1,240.00 | 0.00 | DA | | FA |
| 7 | checking account 5/3 | 39.00 | 39.00 | | 39.00 | FA |
| 8 | furniture | 4,550.00 | 389.00 | | 389.00 | FA |
| 9 | books | 100.00 | 74.00 | | 74.00 | FA |
| 10 | artwork | 41,750.00 | 22,000.00 | | 42,000.00 | FA |
| 11 | collectibles | 400.00 | 290.00 | | 290.00 | FA |
| 12 | wearing apparel | 1,000.00 | 0.00 | DA | | FA |
| 13 | mink | 250.00 | 180.00 | | 180.00 | FA |
| 14 | men's fur | 200.00 | 145.00 | | 145.00 | FA |
| 15 | jewelry | 2,400.00 | 1,730.00 | | 1,730.00 | FA |
| 16 | golf clubs/camera | 250.00 | 180.00 | | 180.00 | FA |
| 17 | IRA | 1,500.00 | 0.00 | DA | | FA |
| 18 | stock club | 650.00 | 0.00 | | | FA |
| 19 | office equipment | 100.00 | 73.00 | | 73.00 | FA |

| | | | | |
|---|---|---|---|---|
| 20 | business supplies | 100.00 | 0.00 | DA | 2.08 | FA |
| 21 | interest on invested funds | | | | | |

TOTALS (Excluding unknown values)   25,200.00   45,202.08   22,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing: auction of artwork; sale of right, title and interest in non and partially exempt assets

Initial Projected Date of Final Report (TFR): __July, 2010__    Current Projected Date of Final Report (TFR): __6/15/10__

**EXHIBIT 9 - FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 09-37302
Case Name: LAWRENCE R. and HARLENE R. ERLICH
Taxpayer ID#: 27-6525273
For Period Ending: 12/31/10

Trustee's Name: Allan J. DeMars
Bank Name: Bank of America
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Money Market #: 375 556 5282

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| BALANCE CARRIED FORWARD | | | | | | | 0.00 |
| 3/29/10 | Ref 4,7,8,9, 11,13,14, 15,16,19 | From Lawrence and Harlene Erlich | right, title and interest in non-exempt assets | 1129-000 | 3,200.00 | | 3,200.00 |
| 3/31/10 | Ref 21 | Bank of America | interest on invested funds | 1270-000 | 0.01 | | 3,200.01 |
| 4/30/10 | Ref 21 | Bank of America | interest on invested funds | 1270-000 | 0.26 | | 3,200.27 |
| 5/21/01 | Ref 10 | Leslie Hindman Auctioneers | proceeds of auction sale | 1129-000 | 42,000.00 | | 45,200.27 |
| 5/24/10 | Check 1001 | Leslie Hindman Auctioneers | commission from art auction sale | 3610-000 | | 4,200.00 | 41,000.27 |
| 5/31/10 | Ref 21 | Bank of America | interest on invested funds | 1270-000 | 1.13 | | 41,001.40 |
| 6/7/10 | Check 1002 | Illinois Dept of Revenue | IL-1041 | 2820-000 | | 100.00 | 40,901.40 |
| 6/7/10 | Ref 21 | Bank of America | interest on invested funds | 1270-000 | 0.68 | | 40,902.08 |
| 8/10/10 | Check 1003 | Allan J. DeMars | trustee fees | 2100-000 | | 5,270.21 | 35,631.87 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 8/10/10 | Check 1004 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 30.44 | 35,601.43 |
| 8/10/10 | Check 1005 | Allan J. DeMars | attorney's fees | 3110-000 | | 3,828.00 | 31,773.43 |
| 8/10/10 | Check 1006 | Lois West/ Popowcer Katten | accountant's fees | 3410-000 | | 946.00 | 30,827.43 |
| 8/10/10 | Check 1007 | PYOD LLC assignee of Citibank | 726(a)(2); 23.14002% | 7100-900 | | 2,916.16 | 27,911.27 |
| 8/10/10 | Check 1008 | American Express Centurion Bank | 726(a)(2); 23.14002% | 7100-900 | | 10,261.90 | 17,649.37 |
| 8/10/10 | Check 1009 | American Express Centurion Bank | 726(a)(2); 23.14002% | 7100-900 | | 5,280.70 | 12,368.67 |
| 8/10/10 | Check 1010 | American Express Bank FSB | 726(a)(2); 23.14002% | 7100-900 | | 299.88 | 12,068.79 |
| 8/10/10 | Check 1011 | American Express Bank FSB | 726(a)(2); 23.14002% | 7100-900 | | 3,694.54 | 8,374.25 |
| 8/10/10 | Check 1012 | Discover Bank | 726(a)(2); 23.14002% | 7100-900 | | 2,682.31 | 5,691.94 |
| 8/10/10 | Check 1013 | FIA Card Services successor to Bank of America and MBNA | 726(a)(2); 23.14002% | 7100-900 | | 5,691.94 | 0.00 |
| | | | | COLUMN TOTALS | 45,202.08 | 45,202.08 | |

```
TOTAL - ALL ACCOUNTS        NET                NET
Money Market # 375 556 5282 DEPOSITS           DISBURSEMENTS        BALANCES
Net                         45,202.08          45,202.08            0.00
                            Net                Net
                            45,202.08          45,202.08            0.00

                            Excludes account   Excludes payments    Total Funds
                            transfers          to debtor            on Hand
```